Name and address

Oscar R. Swinton
Law Offices of Oscar R. Swinton
20501 Ventura Blvd., Suite 345
Woodland Hills, CA 91364



FILED
MAR 28 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 1:16-CR-9 DAD BAM |
| v. | ~~1:16-mj-0005-SAB~~ |
| Jose Reyes-Pineda, | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

The Court hereby orders that the request of:

__JOSE REYES-PINEDA__   ☐ Plaintiff  ☒ Defendant  ☐ Other _____
*Name of Party*

to substitute __OSCAR R. SWINTON__ who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__20501 VENTURA BLVD, SUITE 345__
*Street Address*

__WOODLAND HILLS, CA 91364__   __oscarswinton@gmail.com__
*City, State, Zip*                          *E-Mail Address*

__(818) 701-6411__   __(818) 701-6512__   __235752__
*Telephone Number*   *Fax Number*   *State Bar Number*

as attorney of record in place and stead of __STEVEN L. CRAWFORD__
*Present Attorney*

is hereby   ☒ GRANTED   ☐ DENIED

Dated __3/28/16__

E. P. _____
U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL :** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.