# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

United States of America )
vs. )
) **Case No. 1:16-cr-00009 – DAD/BAM - 004**
)
Jose Reyes-Pineda )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____ Jose Reyes-Pineda _____, have discussed with _____ Francisco J. Guerrero _____, Pretrial Services Officer, modifications of my release conditions as follows:

Remove the condition requiring participation in the location monitoring program component, which includes enrollment into a voice identification software.

All other conditions previously imposed shall remain in full force and effect, including participation in the Location Monitoring Program with Radio Frequency monitoring on Home Incarceration.

I consent to this modification of my release conditions and agree to abide by this modification.

*Jose Reyes Pineda.*

_Jose Pineda_          2 - 13 -17          _____          2/09/2017
Signature of Defendant        Date          Pretrial Services Officer          Date

I have reviewed the conditions and concur that this modification is appropriate.

_____          2/15/17
Signature of Assistant United States Attorney          Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____          2/14/2017
Signature of Defense Counsel          Date

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on   2/15/2017

☐ The above modification of conditions of release is *not* ordered.

_____          2/15/2017
Signature of Judicial Officer          Date

cc:      U.S. Attorney=s Office, Defense Counsel, Pretrial Services