# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
JUL 25 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>vs.<br><br>Jose Reyes-Pineda | Case No. 1:16-cr-00009 – DAD/BAM - 004 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Jose Reyes-Pineda___, have discussed with ___Francisco J. Guerrero___, Pretrial Services Officer, modifications of my release conditions as follows:

> The condition requiring the defendant to participate in the home incarceration component of the Location Monitoring Program with electronic monitoring or other location verification system is modified from the home incarceration component to the curfew component of the Location Monitoring Program. All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Jose Reyes Pineda_     7-24-2017          _Francisco Guerrero_         7/21/2017
Signature of Defendant      Date            Pretrial Services Officer      Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                    7/25/17
Signature of Assistant United States Attorney         Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    7/24/17
Signature of Defense Counsel                           Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  7/25/17 .
[ ] The above modification of conditions of release is *not* ordered.

_____                    7/25/17
Signature of Judicial Officer                          Date

cc:   U.S. Attorney=s Office, Defense Counsel, Pretrial Services