**FILED**
**SEP 26 2018**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | )  |
| vs. | ) Case No. 1:16-CR-00009-DAD-BAM-4 |
| Jose Reyes-Pineda | ) |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Jose Reyes-Pineda_____, have discussed with _____Ryan Beckwith_____, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the CURFEW component of the Location Monitoring Program is removed.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Jose Pineda_     9-25-2018             _[signature]_           9/25/18
Signature of Defendant    Date         Pretrial Services Officer Services    Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                                                    9/25/18
Signature of Assistant United States Attorney                    Date
Kathleen Servatius

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                                                    9/24/18
Signature of Defense Counsel                                     Date
Oscar Richard Swinton, Sr.

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on _9/26/18_
[ ] The above modification of conditions of release is *not* ordered.

_[signature]_                                                    9/26/18
Signature of Judicial Officer                                    Date

cc:    U.S. Attorney=s Office, Defense Counsel, Pretrial Services